UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KELLETT, DANA LEE § Case No. 12-01385
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
    United States Courthouse
    Joliet City Hall
    150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013    By: /s/ Michael G. Berland
                  Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KELLETT, DANA LEE § Case No. 12-01385
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 4,976.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 4,976.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,244.00 | $ 0.00 | $ 1,244.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,244.00 |
| Remaining Balance | | | $ 3,732.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,874.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,301.37 | $ 0.00 | $ 453.34 |
| 000002 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 25,462.72 | $ 0.00 | $ 1,831.85 |
| 000003 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,334.30 | $ 0.00 | $ 95.99 |
| 000004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 350.00 | $ 0.00 | $ 25.18 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 13,702.11 | $ 0.00 | $ 985.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | $ 4,724.38 | $ 0.00 | $ 339.88 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,732.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-01385-BWB
Dana Lee Kellett                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 3              Date Rcvd: Feb 06, 2013
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
db         +Dana Lee Kellett,    302 Center Parkway,    Yorkville, IL 60560-1012
18367753   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18759364    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18367748   +Bradford Editions,    C/O National Recovery AGEN,    2491 Paxton St,    Harrisburg, PA 17111-1036
18367757   +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
18367750   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18367751   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18681681    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18367746   +IBM LBPS,    Attn: Bankruptcy Dept.,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2344
18367749   +ICE Mountain Spring Water,    C/O Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
19932132    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
18973095   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
18367759   +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
18367755   +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
18367752   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18834814     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 07 2013 01:58:35
              AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
              IRVING, TX 75016-8088
18566128     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:06:17     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
18367758    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:06:17     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,   Po Box 15316,    Wilmington, DE 19850-5316
18690268     E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:02:09     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18367756    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:03:28     GEMB/CARE CREDIT,
              Attn: Bankruptcy Dept.,   950 Forrer Blvd,    Kettering, OH 45420-1469
18367754    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:06:09     GEMB/SAMS CLUB,
              Attn: Bankruptcy Dept.,   Po Box 981400,    El Paso, TX 79998-1400
18962367    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2013 01:54:43
              PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
19932133     E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:06:12
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18367747*  ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court: American Honda Finance,    Attn: Bankruptcy Dept.,
             201 Little Falls Dr,   Wilmington, DE 19808)
18367760   ##+BANK OF America,   Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhuley                Page 2 of 3             Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                     **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lhuley             Page 3 of 3               Date Rcvd: Feb 06, 2013
                              Form ID: pdf006         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

      Alex   Wilson    on behalf of Debtor Dana Lee Kellett ndil@geracilaw.com
      Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                               TOTAL: 3